*Jix Susn fen*
*Re Becca Monter*

AO 93    (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

**SOUTHERN**    District of    CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

One Motorola Razor Cellular Telephone
Silver in color, with photo capability

Case Number:    '08 MJ 8732

# NOT FOR PUBLIC VIEW

TO: CRAIG MOORE                              and any Authorized Officer of the United States

Affidavit(s) having been made before me by    CRAIG MOORE                       who has reason to believe
                                                                                   Affiant

that ✓ on the person of,  or    on the premises known as (name, description and/or location)

REFER TO ATTACHMENT A

in the        SOUTHERN        District of    CALIFORNIA        there is now
concealed a certain person or property, namely (describe the person or property)

REFER TO ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described
is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    8/25/08
                                                                                   Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the
search       in the daytime — 6:00 AM to 10:00 P.M.    at anytime in the day or night as I find reasonable cause has been
established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person
or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
        PETER C. LEWIS                                                              as required by law.
        U.S. Magistrate Judge  (Rule 41(f)(4))

FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                DEPUTY

8/15/08 @ 1:22 pm                    at    El Centro, CA
Date and Time Issued                              City and State

JAY R. IRWIN , U.S. Magistrate Judge
Name and Title of Judge                          Signature of Judge

AO 93        (Rev. 12/03)  Search Warrant (Reverse)

| **RETURN** | **Case Number:** 08 MJ 8732 |
|---|---|

| DATE WARRANT RECEIVED 8/15/2008 | DATE AND TIME WARRANT EXECUTED 8/22/2008 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH Left in evidence bag with cell phone |
|---|---|---|

INVENTORY MADE IN THE PRESENCE OF
Craig Moore, Task Force Officer / Terry Raio, Special Agent,  Drug Enforcement Administration

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Seventeen (17) telephone numbers recovered from contact list
Three (3) telephone numbers recovered from missed calls list
Three (3) telephone numbers recovered from received calls list
Two (2) text messages recovered from text message inbox
Five (5) audio files recovered from cell phone
Six (6) photos recovered from cell phone
Individual cellular telephone number recovered from cell phone

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____          Sept. 4, 2008
Signature of Judge                                              Date

## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

One silver in color Motorola Razor cellular phone with photo capabilities, that was found

on the person of Fernando RODRIGUEZ-Mendoza upon his arrest at the United States

Border Patrol Highway 86 Checkpoint near Westmorland, California.



The above displayed cellular telephone to be searched is currently located at the DEA

Imperial County District Office, Imperial, California.

ATTACHMENT B

ITEMS TO BE SEIZED

Any and all electronically stored information in said cellular phone, including:

a.  telephone numbers of incoming/outgoing calls stored in the call registry

b.  telephone numbers and corresponding names to those numbers stored in the cellular telephone's address book;

c.  any incoming/outgoing text messages which evidences the relationship between the existence of a conspiracy to import, possess or sell controlled substances in violation of 21 U.S.C. §§ 841(a)(1), and 846

d.  telephone subscriber information; and

e.  any other electronic information in the stored memory and/or accessed by the active electronic features of the digital or cellular phone including photographs, e-mail, and voicemail which evidences the existence of a conspiracy to import, possess, sell, and distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), and 846